IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE WHITAKER, ) | |
| ) | Civil Action No. 06 - 75 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DEANTE MACINTOSH, et al, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Defendants removed the above captioned case to this Court on January 17, 2006. Therefore,

**IT IS ORDERED** this 16th day of February 2006, a Scheduling Conference is set before the undersigned for **March 13, 2006 at 11:00 AM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **March 6, 2006.**

BY THE COURT:

LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc:    Herbert Terrell
       301 Grant Street
       One Oxford Centre, Suite 4300
       Pittsburgh, PA  15219

       Edmond R. Joyal, Jr.
       Law Office of Joseph S. Weimer
       975 Two Chathan Ceter
       Pittsburgh, PA  15219