IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE WHITAKER, ) | |
| ) | Civil Action No. 06 - 75 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DEANTE MACINTOSH, et al, ) | Doc. No. 5 |
| ) | |
| Defendants. ) | |

### ORDER

Defendants filed a Motion to Dismiss portions of the complaint in the above captioned case. At a conference before this Court on March 22, 2006, counsel for Plaintiff advised that he has no objection to the Court granting the Motion. Counsel for both parties consented to the grant of said Motion by the Magistrate Judge. Therefore,

**IT IS ORDERED** this 22nd day of March 2006, that the partial Motion to Dismiss filed by Defendants is **GRANTED**.

BY THE COURT:

_____
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc: Herbert Terrell
301 Grant Street
One Oxford Centre, Suite 4300
Pittsburgh, PA  15219

Edmond R. Joyal, Jr.
Law Office of Joseph S. Weimer
975 Two Chathan Ceter
Pittsburgh, PA  15219